UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on June 14, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 24-MJ-372 |
| | : | |
| JOSEPH KNIGHT, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 922(g)(1) |
| Defendant. | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | |
| | : | 22 D.C. Code §§ 404.01, 4502 (Aggravated |
| | : | Assault While Armed) |
| | : | |
| | : | 22 D.C. Code § 4504(b) |
| | : | (Possession of a Firearm During a Crime |
| | : | of Violence or Dangerous Offense) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d) and § 981(a)(1)(C); |
| | : | 21 U.S.C. § 853(a), (p); and 28 U.S.C. § |
| | : | 2461(c) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about September 18, 2024, within the District of Columbia, **JOSEPH KNIGHT**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, that is Criminal Case Nos. 2015 CF3 12730 and 2013 CF2 004136, did unlawfully and knowingly receive and possess a firearm, that is, a 9mm Smith & Wesson M&P firearm, and did unlawfully and knowingly receive

and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about September 18, 2024, within the District of Columbia, **JOSEPH KNIGHT**, while armed and having readily available a dangerous and deadly weapon, that is, a firearm, did by any means, knowingly and purposely cause serious bodily injury to S.F., or under circumstances manifesting extreme indifference to human life, intentionally and knowingly engaged in conduct which created a grave risk of serious bodily injury to another and thereby caused serious bodily injury to S.F.

(**Aggravated Assault While Armed**, in violation of Title 22, D.C. Code, Sections 404.01, 4502)

## COUNT THREE

On or about September 18, 2024, within the District of Columbia, **JOSEPH KNIGHT** did possess a firearm, that is, a 9mm Smith & Wesson M&P firearm, while committing Aggravated Assault While Armed as set forth in Count Two of this Indictment.

(**Possession of a Firearm During a Crime of Violence**, in violation of Title 22, D.C. Code, Section 4504(b))

## COUNT FOUR

On or about September 25, 2024, within the District of Columbia, **JOSEPH KNIGHT**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, that is Criminal Case Nos. 2015 CF3 12730 and 2013 CF2 004136, did unlawfully and knowingly receive and possess a

firearm, that is, a 9mm Smith & Wesson M&P firearm, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FIVE

On or about November 11, 2024, within the District of Columbia, **JOSEPH KNIGHT**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, that is Criminal Case Nos. 2015 CF3 12730, and 2013 CF2 004136, did unlawfully and knowingly receive and possess a firearm, that is, a 9mm Canik METE MCS firearm, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT SIX

On or about November 11, 2024, within the District of Columbia, **JOSEPH KNIGHT**, while armed and having readily available a dangerous and deadly weapon, that is, a firearm, did by any means, knowingly and purposely cause serious bodily injury to T.C., or under circumstances manifesting extreme indifference to human life, intentionally and knowingly engaged in conduct which created a grave risk of serious bodily injury to another and thereby caused serious bodily injury to T.C.

(**Aggravated Assault While Armed**, in violation of Title 22, D.C. Code, Sections 404.01, 4502)

## COUNT SEVEN

On or about November 11, 2024, within the District of Columbia, **JOSEPH KNIGHT** did possess a firearm, that is, a 9mm Canik METE MCS firearm, while committing Aggravated Assault While Armed as set forth in Count Six of this Indictment.

(**Possession of a Firearm During a Crime of Violence**, in violation of Title 22, D.C. Code, Section 4504(b))

## COUNT EIGHT

On or about November 15, 2024, within the District of Columbia, **JOSEPH KNIGHT**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, that is Criminal Case Nos. 2015 CF3 12730 and 2013 CF2 004136, did unlawfully and knowingly receive and possess a firearm, that is, a 9mm Canik METE MCS firearm, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## FORFEITURE ALLEGATION

1.  Upon conviction of the offenses alleged in Counts One through Eight of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to a 9mm Canik METE MCS firearm, a 9mm Smith & Wesson M&P firearm, and 9mm ammunition.

2.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)   cannot be located upon the exercise of due diligence;

    (b)   has been transferred or sold to, or deposited with, a third party;

    (c)   has been placed beyond the jurisdiction of the Court;

    (d)   has been substantially diminished in value; or

    (e)   has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

   **(Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Edward R. Martin Jr. /MJ*
Acting Attorney of the United States in
and for the District of Columbia